**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00035-CR
No. 05-17-00036-CR

**DAVID EDRIC KROPF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-81382-2012 & 416-82049-2014**

## ORDER

We **REINSTATE** these appeals.

When appellant failed to provide us with written verification that he had requested the reporter's record, we ordered the appeals submitted without the reporter's record. In August, we abated these appeals for a hearing to determine why appellant's brief had not been filed. On November 16, 2017, we received the trial court's findings of fact. We **ADOPT** the trial court's finding that (1) appellant appeared at a hearing on November 16, 2017, accompanied by appellate counsel; and (2) appellant announced he did not wish to proceed with the appeals.

We **ORDER** these appeals submitted without briefs as of the date of this order to a panel consisting of Justices Lang, Brown, and Whitehill. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). An opinion will issue in due course.

/s/     LANA MYERS
       JUSTICE